Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**JUDY L. DAVIS,**

                    Plaintiff,

vs.

Commissioner of Social Security
Administration,

                    Defendant.

Civil No. 6:16-cv-01465-CL

**ORDER FOR ATTORNEY FEES
PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order hereby

grants that Commissioner shall pay the sum of $8574.26 in attorney fees and expenses of $22.08

(Service), for a total of $8596.34, upon verification that Plaintiff has no debt to the government

which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff,*

560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal

administrative offset if the Litigant has outstanding federal debts") for full settlement of all

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

claims for fees under EAJA. Costs for court filing-fees shall be awarded to Plaintiff attorney in the sum of $400.00 pursuant to 28 U.S.C. §1920.

If Plaintiff has no outstanding federal debt, payment of $8574.26 in attorney fees, $22.08 in costs plus $400.00 reimbursement of Court filing-fees shall be made to Plaintiff's attorney Drew L. Johnson and mailed to his office at 1700 Valley River Drive, Eugene, OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this day of July __ , 2017

_____
U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
       Sherwood J. Reese, OSB #144130
       Of Attorneys for Plaintiff