Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

## UNITED STATES COURT DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **JUDY L. DAVIS,** | Civil No. 6:16-cv-01465-CL |
| Plaintiff, | **AMENDED ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| vs. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $9288.00 for attorney fees pursuant to 42 U.S.C. §406(b). The net requested herein, less the EAJA fee awarded of $8574.26, is $713.74, and Defendant shall pay this amount to Plaintiff's counsel, Drew L. Johnson, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of \_\_\_\_August 1\_\_\_\_, 2017

_____
U.S. District Judge/Magistrate Judge

AMENDED ORDER APPROVING ATTORNEYS FEES UNDER 42 U.S.C §406 (b) -    1